UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AWB GENEVA S.A,

               Plaintiff,

   - against -

GLENCORE GRAIN B.V.,

               Defendant.
-----------------------------------------------------------------X

08 CIV 7266

RICHARD J. SULLIVAN, District Judge

    **WHEREAS** plaintiff AWB GENEVA S.A. has made an application for an Order Temporarily Sealing the Court File in connection with plaintiff's application for an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

    **WHEREAS** the Court has reviewed the Affidavit submitted by Kevin J. Lennon, Esq., in support of the application for a temporary sealing order;

    **IT IS HEREBY ORDERED** that all documents, including but not limited to, the Complaint, this Order and the other pleadings, orders, and/or writs filed and/or issued in this case shall be filed under seal, and the court file shall be maintained under seal until the date on which any of the Defendant's property is attached pursuant to Rule B or, if no such attachment is made within thirty days of the date of this Order, at which time plaintiff may apply for a second temporary sealing order.

**SO ORDERED:**

Dated: August 14, 2008

_____
U.S.D.J.