UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AWB GENEVA S.A,                                  :       08 CV 7266 (GEL)
                        Plaintiff,               :
                                                 :
        - against -                              :
                                                 :
GLENCORE GRAIN B.V.,                             :
                                                 :
                        Defendant.               :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

### ORDER TO UNSEAL CASE

This Court (Sullivan, J – Part I) ordered on August 14, 2008, pursuant to Plaintiff's application that this case be temporarily sealed. Upon application of the Plaintiff, it is now hereby ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       August 25, 2008

                                            SO ORDERED

                                            _____
                                            Hon. Gerard E. Lynch
                                            United States District Judge