UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AWB GENEVA S.A.,                                  :

              Plaintiff,                              :          08 CIV 7266

      - against -                                   :

GLENCORE GRAIN B.V.,                              :

              Defendant.                            :
------------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents and/or any publicly held corporation owning 10% or more of its stock: None.

Dated: August 12, 2008
       New York, NY

                                        The Plaintiff,
                                        AWB GENEVA S.A.

                          By: _____
                                        Kevin J. Lennon
                                        Anne C. LeVasseur
                                        LENNON, MURPHY & LENNON, LLC
                                        The Gray Bar Building
                                        420 Lexington Ave., Suite 300
                                        New York, NY 10170
                                        (212) 490-6050
                                        facsimile (212) 490-6070
                                        kjl@lenmur.com
                                        acl@lenmur.com